COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Nasser Chehab v. BBVA USA

Appellate case number:    01-20-00766-CV

Trial court case number:  2020-39917

Trial court:              189th District Court of Harris County

On November 5, 2020, appellant, Nasser Chehab, filed a pro se notice of appeal challenging two trial court orders, including: (1) an October 7, 2020 order granting appellee, BBVA USA's "Motion for Sanctions for [Appellant] Filing Yet Another Frivolous Lawsuit and/or Motion to Declare [Appellant] a Vexatious Litigant and Motion for Security," and (2) an October 15, 2020 "Final Summary Judgment" order granting appellee's motion to dismiss pursuant to Texas Rule of Civil Procedure 91a or, in the alternative, motion for summary judgment.

The appellate record was due to be filed by December 14, 2020. *See* TEX. R. APP. P. 35.1. After being notified by the Clerk of this Court that the clerk's record was past due, the clerk's record was filed on January 26, 2021; however, a reporter's record has not been filed.

On January 22, 2021, the Clerk of this Court notified appellant that the court reporter responsible for preparing the reporter's record had not filed a reporter's record because appellant has not requested preparation of a reporter's record and has not paid, or made arrangements to pay, the fee for preparation of the record. *See* TEX. R. APP. P. 37.3(c). The Clerk further notified appellant that unless he provided written evidence that he had paid, or made arrangements to pay, for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by February 22, 2021, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has not responded.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. TEX. R. APP. P. 37.3. **Appellant's brief in appellate case number 01-20-00766-CV is due to be filed no later than thirty days from the date of this order.** TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
               ☑   Acting individually    ☐ Acting for the Court


Date: __March 9, 2021____